**Order entered August 27, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00748-CV

**PARALLEL NETWORKS, LLC, Appellant**

**V.**

**JENNER & BLOCK LLP, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-01146-E**

## ORDER

On the Court's own motion, we **WITHDRAW** our opinion and **VACATE** our judgment

of August 26, 2015.


/s/     DAVID L. BRIDGES
        JUSTICE